UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**

May 11, 2016

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER: 2:16-mj-00095-KJN |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| SIONE PALE, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Sione Pale</u>; Case <u>2:16-mj-00095-KJN</u> from

custody and for the following reasons:

          \_      Release on Personal Recognizance

          \_      Bail Posted in the Sum of _____

          <u>X</u>      Unsecured Appearance Bond in the amount of <u>$50,000.00</u>, co-signed

by Krystale Pale and Mau Pale

          \_      Appearance Bond with 10% Deposit

          \_      Appearance Bond secured by Real Property

          \_      Corporate Surety Bail Bond

          <u>X</u>      (Other) <u>Pretrial  Supervision/Conditions;  third party custody to</u>

<u>Kystale Pale</u>

Issued at <u>Sacramento, CA</u> on \_\_\_\_\_<u>5/11/2016</u>\_\_\_\_\_ at <u>2 <sup>2 o</sup> ) &lt;, </u> .

By _____

Kendall J. Newman
United States Magistrate Judge